IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

IN RE:                                                                    CASE NO.: 3:22-bk-00339-JAF
DARRYL WAYNE GARDNER                     Est. Time: 5 minutes
SAMANTHA CARSANDRA GARDNER       Chapter 13
                                      Debtor(s)

**TRUSTEE'S OBJECTION TO MOTION TO MODIFY THE
DEBTOR(S)' CONFIRMED CHAPTER 13 PLAN (DE 39)**

COMES NOW DOUGLAS W. NEWAY, TRUSTEE, who hereby objects to the motion to modify the confirmed Chapter 13 Plan and states:

1. The Debtor(s)' Chapter 13 Plan was confirmed by Order dated June 9, 2022.

2. By proposed modification filed March 27, 2022, the Debtor(s) are proposing to modify the plan in violation of the Bankruptcy Code.

3. The Debtor(s) are "over median" and are required to pay all disposable monthly income into the plan for a period of 60 months. By a review of the 2022 federal income tax return, the Debtor(s) received a tax refund which is disposable income that must be paid to the unsecured claims timely filed and allowed. It is the Trustee's position that the Debtor(s) can make a greater distribution to the unsecured claims by submitting the tax refund to the Trustee for distribution to the unsecured claims.

4. The Debtor(s) are paying a total of $3564.00 in attorney fees even though only $3549.00 in fees were disclosed by Debtor(s)' counsel.

WHEREFORE the TRUSTEE objects to modification of the Chapter 13 Plan.

                                                    DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
                                                    By */s/ John J. Freeman, Jr.*
                                                    Douglas W. Neway
                                                    Florida Bar No. 0709948
                                                    John J. Freeman, Jr. Attorney for Trustee
                                                    Florida Bar #58618
                                                    Angela M. Scott, Attorney for Trustee
                                                    Florida Bar #122102
                                                    P.O. Box 4308
                                                    Jacksonville, Florida 32201-4308
                                                    Telephone      (904)358-6465
                                                    FAX               (904)634-0038
                                                    attorneys@ch13jaxfl.com

CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on this April 10, 2023 on the following:

Parker & Dufresne, 8777 San Jose Blvd., Suite 301, Jacksonville, FL 32217
Darryl & Samantha Gardner, 1150 South St. Johns, Saint Augustine, FL 32084

*/s/ John J. Freeman, Jr.*